IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02794-WJM-NRN

Meggs, et al

        Plaintiffs,
v.

Villager Square, LLC, et al

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT VILLAGER SQUARE, LLC**

It is hereby stipulated and agreed by and between the Plaintiffs and the Defendant, Villager Square, LLC, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the Defendant be dismissed from this action with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully Submitted,

| | |
|---|---|
| /s/ Jon G. Shadinger Jr. | /s/ Charles C. Cavanagh |
| Jon G. Shadinger Jr., Esq. | Charles C. Cavanagh, Esq. |
| Shadinger Law, LLC | Messner Reeves LLP |
| 717 E. Elmer Street, Suite 7 | 1550 Wewatta Street, Suite 710 |
| Vineland, NJ 08360 | Denver, CO 80202 |
| js@shadingerlaw.com | ccavanagh@messner.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant, Villager Square, LLC* |

Dated: March 3, 2023