IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02794-WJM-NRN

Meggs, et al.,

       Plaintiffs,

vs.

Villager Square, LLC, et al,

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), here by notifies this Court that the sole remaining party, and those claims against, Defendant Pacific Century Investment Company, Inc. shall be dismissed, without prejudice.

Respectfully submitted this 20th day of October 2023,

       */s/ Jon G. Shadinger Jr.*
       Jon G. Shadinger Jr., Esq.
       Shadinger Law, LLC
       717 E. Elmer Street, Suite 7
       Vineland, NJ 08360
       Direct (609) 319-5399
       Office (609) 691-8565
       Fax (609) 262-4651
       js@shadingerlaw.com
       *Attorney for Plaintiffs,*
       *John Meggs and Access 4 All, Inc.*